# EXHIBIT A

US00RE43028E

(19) **United States**

(12) **Reissued Patent**
Kitchen et al.

(10) Patent Number: **US RE43,028 E**

(45) Date of Reissued Patent: **Dec. 13, 2011**

(54) **VERTICAL WIND TUNNEL TRAINING DEVICE**

(75) Inventors: **William J. Kitchen**, Orlando, FL (US); **Michael Palmer**, Poquoson, VA (US)

(73) Assignee: **Skyventure, LLC**, Orlando, FL (US)

(21) Appl. No.: **10/189,698**

(22) Filed: **Jul. 3, 2002**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,083,110**
    Issued: **Jul. 4, 2000**
    Appl. No.: **09/324,282**
    Filed: **Jun. 2, 1999**

U.S. Applications:
(63) Continuation-in-part of application No. 09/159,369, filed on Sep. 23, 1998, now abandoned.

(51) **Int. Cl.**
    *A63G 31/00*    (2006.01)
    *G09B 9/08*     (2006.01)
(52) **U.S. Cl.** .............. **472/49**; 472/50; 472/136; 434/34; 73/147
(58) **Field of Classification Search** .................... 472/49, 472/50, 131, 136; 434/34, 252, 258, 247; 73/147; 138/45
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,811,364 A | 6/1936 | Olshevsky | |
| 2,486,287 A | 10/1949 | Jackson | |
| 2,560,634 A | 7/1951 | Colley | |
| 2,788,020 A | 4/1957 | Davie | |
| 2,799,161 A | 7/1957 | Greene et al. | |
| 2,933,922 A | 4/1960 | Davis | |

(Continued)

FOREIGN PATENT DOCUMENTS

CA          1 210 959        9/1986

(Continued)

OTHER PUBLICATIONS

University of Maryland; Glenn L. Martin; Wind Tunnel Brochure.

(Continued)

*Primary Examiner* — Kien T Nguyen

(74) *Attorney, Agent, or Firm* — Margaret Polson; Oppedahl Patent Law Firm LLC

(57) **ABSTRACT**

The present invention is a vertical wind tunnel amusement device. The device comprises a flight chamber wherein a user may experience a freefall through the atmosphere from the safety of an enclosed flight chamber. Airflow sufficient to fully support a user within the flight chamber is induced by a plurality of fans connected above the flight chamber through a duct. A staging area having openings to the flight chamber is adjacent to the flight chamber. A user may enter or retreat from the flight chamber at will through the staging area openings without significantly adjusting the airflow velocity in the flight chamber. A control room is adjacent to the fight chamber whereby an operator may observe a user or users within the flight chamber and thereby safely control the operation of the fans. A projection room is also adjacent to the flight chamber whereby a video of a skydiving experience may be displayed to a user within the flight chamber. A telemetry backpack may be worn by a user or users in the flight chamber so the user can interact with or choose the scenes being projected on the flight chamber.

In alternate embodiment, return air ducts are used to return air from each fan to the wind tunnel inlet. Dampers are included on each return air duct thereby allowing the temperature of the airflow in the wind tunnel to be adjusted for user comfort.

**40 Claims, 16 Drawing Sheets**



**US RE43,028 E**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,484,953 | A | 12/1969 | Norheim, Jr. |
| 4,308,748 | A | 1/1982 | Jacocks |
| 4,457,509 | A | 7/1984 | St-Germain |
| 4,487,410 | A | 12/1984 | Sassak |
| 4,545,574 | A | 10/1985 | Sassak |
| 4,578,037 | A | 3/1986 | Macangus et al. |
| 4,700,565 | A | 10/1987 | Albuschkat |
| 5,046,358 | A | 9/1991 | Wulf et al. |
| 5,209,702 | A | 5/1993 | Arenas |
| 5,417,615 | A | 5/1995 | Beard |
| 5,452,609 | A | 9/1995 | Bouis |
| 5,593,352 | A | 1/1997 | Methfessel et al. |
| 5,597,358 | A | 1/1997 | Marcu |
| 5,655,909 | A | 8/1997 | Kitchen |
| 5,753,811 | A | 5/1998 | Consolini |
| 5,964,666 | A | 10/1999 | Uemura |
| 6,315,672 | B1 | 11/2001 | Gillot et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 9014996 | 7/1991 |
| DE | 4241574 | 3/1994 |
| FR | 2659620 | 9/1991 |
| GB | 2 062 557 A | 5/1981 |
| GB | PCT/GB82/00298 | 10/1982 |
| JP | 03-131289 | 4/1991 |
| SU | 683171 A | 3/1985 |
| WO | WO 83/01380 | 4/1983 |
| WO | 0059595 | 10/2000 |

### OTHER PUBLICATIONS

Calspan Report No. WTO-300; 8-Foot Transonic Wind Tunnel; Calspan Corporation. Buffalo, New York.

Compressible Flow Wind Tunnel; Lockheed Aeronautical Systems Com pany, Marietta, Georgia, not dated.

AGARD Memorandum; Advisory Group for Aeronatuical Research and Development, Paris, France 1954, Revised Oct. 1971.

Guide for Planning Investigations in the Ames 40- by 80-ft Wind Tunnel; NASA Ames Research Center; Moffett Field, California, 1984.

Vertical Wind Tunnel: Wright-Patterson Air Force Base, Ft. Bragg, North Carolina, Dec. 12, 1984.

Compressible Flow Wind Tunnel; Lockheed Aeronautical Systems Company, Marietta, Georgia.

AGARD Memorandum; Advisory Group for Aeronautical Research and Development, Paris, France 1954.



Fig. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 11

FIG. 10



FIG. 12



Fig. 13 (Prior Art)



FIG. 14



120

1504

1503

1506

1507

1508

1502

1501

FIG. 15



FIG. 16



FIG. 17



FIG. 18
AMENDED



Figure 19



FIG. 20



FIG. 21

US RE43,028 E

**1**

## VERTICAL WIND TUNNEL TRAINING DEVICE

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

### REFERENCE TO RELATED APPLICATIONS

This application is a CIP of U.S. patent application Ser. No. 09/159,369 filed Sep. 23, 1998 now abandoned.

### FIELD OF THE INVENTION

The present invention relates to the field of vertical wind tunnels, more particularly, to non-return flow vertical wind tunnels used as amusement devices.

### BACKGROUND OF THE INVENTION

Wind tunnels are well known in the art. Wind tunnels are available in many types and styles depending upon the needs of the user. These include subsonic wind tunnels with and without return flow, transonic wind tunnels with and without return flow, vertical subsonic wind tunnels with and without return flow, supersonic and hypersonic wind tunnels with and without return flow, and compressible flow wind tunnels.

The majority of the wind tunnels are used for research and testing purposes. These include testing of conventional aircraft, helicopters, parachutes and other aerodynamic devices, wing surfaces, control surfaces, submarines, rockets and other launch vehicles, ground vehicles, buildings and other basic flow investigations.

The wind tunnels are generally owned by major defense oriented corporations, the Federal government, or educational institutions and universities. Although vertical wind tunnels are available for use by persons for various types of atmospheric freefall training, these wind tunnels are also generally controlled by the foregoing institutions for use only by authorized personnel. As a result, access to the wind tunnels is limited at best. These wind tunnels are not generally designed nor intended to be used by persons for the purpose of enjoyment or for learning to skydive. Consequently, none of these wind tunnels are used for general amusement purposes. None of these wind tunnels are available for use by essentially untrained people or by those with limited instruction. None of these wind tunnels are available to the public for use as an amusement ride. Further, the design of these prior art wind tunnels are not "user-friendly" for the purposes of use and enjoyment by users such as those who frequent amusement parks and the rides they offer. The prior art wind tunnels do not offer any means of enhancing the ride experience such as with a concurrent/interactive video presentation, nor do they offer a means of airflow control adopted to meet the needs of an operator providing thrill rides to the public.

Representative of the art is:

U.S. Pat. No. 2,486,287 to Jackson discloses an adjustable nozzle of a supersonic wind tunnel having fixed and moveable walls.

U.S. Pat. No. 2,560,634 to Colley discloses a Venturi tube having means for varying the throat area while the venturi is being used.

U.S. Pat. No. 2,788,020 to Davie discloses a linkage for effecting adjustment of a wind tunnel nozzle having moveable, flexible walls.

**2**

U.S. Pat. No. 2,799,161 to Greene et al. discloses trisonic wind tunnel having facilities for testing in subsonic, transonic, and supersonic speed ranges.

U.S. Pat. No. 2,933,922 to Davis discloses flexible nozzles for wind tunnels.

U.S. Pat. No. 4,308,748 to Jacocks discloses a wind tunnel having adjustable slats allowing close matching of the streamlines within the wind tunnel.

U.S. Pat. No. 4,487,410 to Sassak discloses an amusement apparatus comprising a spherical passenger holding body, and a vertical tube having a diameter sufficient to receive the body in a vertical path of motion.

U.S. Pat. No. 5,046,358 to Wulf et al. discloses a deformable plastic wall for use in a wind tunnel.

U.S. Pat. No. 5,417,615 to Beard discloses an air driven amusement ride which propels a passenger vehicle upward along a guide cable out of an acceleration tube by a blast of pressurized air within the tube under the vehicle.

U.S. Pat. No. 5,452,609 to Bouis discloses a wind tunnel having a plurality of wall surrounding a test section. The walls have a plurality of longitudinal slots, each channel created thereby having a flexible bottom.

U.S. Pat. No. 5,655,909 to Kitchen et al, discloses a skydiving trainer wind tunnel having a vertical air chamber with a video projection system on an interior wall.

University of Maryland, Glenn L. Martin Wind Tunnel Brochure.

Calspan Report No. WTO-300; 8-Foot Transonic Wind Tunnel; Calspan Corporation, Buffalo, N.Y.

Compressible Flow Wind Tunnel; Lockheed Aeronautical Systems Company, Marietta, Ga.

AGARD Memorandum; Advisory Group for Aeronautical Research and Development, Paris France, 1954.

Guide for Planning Investigations in the Ames 40- by 80-ft Wind Tunnel; NASA Ames Research Center; Moffett Field, Calif., 1984.

What is needed is a vertical wind tunnel amusement ride having a flight chamber on the inlet side of the fans for improved airflow control and stability. What is needed is a vertical wind tunnel amusement ride having an adjacent staging area. What is needed is a vertical wind tunnel amusement device having a plurality of fans. What is needed is a vertical wind tunnel amusement ride having a single pass non-return airflow. What is needed is a vertical wind tunnel amusement device having transparent windows looking into the flight chamber. What is needed is a vertical wind tunnel amusement device having transparent windows looking into the staging area. What is needed is a vertical wind tunnel amusement device having return air ducts with dampers to control the temperature of the airflow. The present invention meets these needs.

### SUMMARY OF THE INVENTION

The primary aspect of the present invention is to provide a vertical wind tunnel amusement device having a flight chamber located on the inlet side of the fans for improved airflow control and stability.

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having an adjacent staging area.

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having a plurality of fans.

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having transparent windows in the flight chamber.

US RE43,028 E

3

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having transparent windows in the staging area.

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having a low profile to meet building constraints.

Another aspect of the present invention is to provide a vertical wind tunnel amusement device having a non-return airflow.

Another aspect of the present invention is to provide a vertical wind tunnel having a re-circulating airflow with dampers to control a temperature of the airflow.

Other aspects of this invention will appear from the following description and appended claims, reference being made to the accompanying drawings forming a part of this specification wherein like reference characters designate corresponding parts in the several views.

The invention comprises a single pass, non-return flow vertical wind tunnel amusement device having a flight chamber. It is within the flight chamber where the user experiences "freefall" within the vertical airflow column. Airflow is induced through the flight chamber by a plurality of fans located above, i.e. downstream of, the flight chamber. The fans are arranged radially about a major axis of the invention. The plurality of fans is driven by economics, from the standpoint that five industrial fans a fraction of the cost, between one and two orders of magnitude, of a single fan large enough to support a user. Further, limiting the height of the structure using the radial diffuser encourages the use of several smaller fans versus a large single fan. A plurality of fans are also used so that in the event of a fan failure, the remaining fans can maintain the airflow through the flight chamber. The flow path through the invention begins at the inlet contraction. Ambient air is drawn into the inlet contraction starting with essentially zero velocity. The inlet contraction is aerodynamically designed to allow the incoming airflow to be accelerated to the optimum velocity with as little turbulence as possible. The airflow then passes through a floor mesh into the flight chamber. The floor mesh provides support for the users when the airflow through the flight chamber is not sufficient to support them. The flight chamber is approximately 12 feet in diameter. The airflow velocity in the flight chamber is approximately 120+ mph, which will fully support a user. The maximum airflow velocity in the flight chamber is approximately 175+ mph. Each wall of the flight chamber comprises windows constructed of transparent Plexiglas®, acrylic plastic, or similar high strength window material. The windows into the flight chamber are full length, thereby allowing an unrestricted view of the activities taking place within the flight chamber. Adjacent to the flight chamber is a staging area. The flight chamber has an entry opening and exit opening to the staging area through which a user may enter and exit the flight chamber. Users wait in the staging area for their turn in the flight chamber. In operation, the flight chamber may accommodate up to four users at a time, although the optimum number is two. In the preferred embodiment, a student will fly in the flight chamber with one instructor. The staging area has transparent windows so that an observer may view the flight of any person(s) within the flight chamber without entering the staging area. The remaining sides of the flight chamber comprise a window to the control room and windows for viewing the projection system. The control room is manned by a person operating the fans and projection system. The fans are controlled to achieve the optimum airflow velocity through the flight chamber. The projection system is used to project skydiving scenes for viewing by a user to enhance the flight experience. The upper

4

section of the flight chamber comprises a perforated panel which is immediately above the staging area windows. This provides an alternate airflow path when users are entering and exiting the flight chamber. The airflow may pass through the entry and exit openings while a user is in the flight chamber. A portion of the airflow flows around a user, enters the staging area through the entry/exit openings and then re-enters the flight chamber at an elevation above the staging area. The perforated walls reduce the buoyancy tendencies which might result in a flyer going from the bottom to the top of the flight chamber immediately upon entry. This also results in added controllability and predictability of the supporting air column for a user. Next above the perforated section is a divergent diffuser. The divergent diffuser diverges at approximately 7 degrees from the major axis. The increasing cross-sectional area reduces the velocity of the airflow from the flight chamber to the fans. Next above the divergent diffuser are the fan inlets and the fans. The velocity of the airflow through the invention is controlled by either changing the pitch of the fans or by changing the rotational speed of the fans. The airflow passes through the fans and into the exit turning vanes. The fans are preferably axial flow fans, although any fan adapted for use in a wind tunnel is acceptable. The exit turning vanes turn the airflow path from substantially vertical to substantially horizontal. The airflow then enters and exits the delta shaped diffuser. The delta shaped diffusers are incorporated in a radial arrangement suited to the arrangement of the fans. The delta diffuser further diverges and slows the exhaust airflow from each fan. This results in an outlet airflow velocity of approximately 30 mph as compared to a velocity of 120+ mph within the flight chamber. The vertical wind tunnel amusement device also comprises a training area where users are instructed in the use of the wind tunnel and in the techniques of skydiving.

In an alternate embodiment, return air ducts are connected between the outlet of the fans and the inlet of the wind tunnel. Each return air duct has an outlet damper and an inlet damper. A portion of the airflow is blown out of the outlet damper. An equivalent portion of air is drawn into the inlet damper and then into the wind tunnel. This arrangement allows heated airflow air to be replaced with cooler ambient air, thereby allowing a user to adjust the temperature in the flight chamber for flyer comfort.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 a front elevation view of the preferred embodiment.

FIG. 2 is a section elevation of FIG. 1 taken along line B-B.

FIG. 3 is a sectional view of FIG. 1 taken along line C-C.

FIG. 4 is a top perspective sectional view of a fan outlet diffuser assembly taken at line D-D in FIG. 2.

FIG. 5 is a top perspective view of the anti-vortex device.

FIG. 6 is a top plan view of the anti-vortex device.

FIG. 7 is a side elevation view of the anti-vortex device.

FIG. 8 is a control logic flowchart for the fan pitch.

FIG. 9 is a flowchart depicting the control scheme for the invention.

FIG. 10 is a side elevation view of a floor mesh cable.

FIG. 11 is a top perspective view of the floor mesh suspension system.

FIG. 12 is a perspective cross-section view of the flight chamber.

FIG. 13 depicts a prior art vertical wind tunnel.

FIG. 14 is a cross-sectional view of an alternate embodiment.

FIG. 15 is a top perspective view of an alternate embodiment.

US RE43,028 E

**5**

FIG. **16** is a top plan view of an alternate embodiment at line C-C in FIG. **14**.

FIG. **17** is a top plan view of an alternate embodiment at line C-C in FIG. **14**.

FIG. **18** is a cross-sectional view of a recirculating airflow embodiment through A-A of FIG. **19**.

FIG. **19** is a top perspective view of a recirculating airflow embodiment.

FIG. **20** is a plan view of the flow straightener.

FIG. **21** is a side elevation view of the flow straightener through E-E of FIG. **20**.

Before explaining the disclosed embodiment of the present invention in detail, it is to be understood that the invention is not limited in its application to the details of the particular arrangements shown, since the invention is capable of other embodiments. Also, the terminology used herein is for the purpose of description and not of limitation.

DESCRIPTION OF THE PREFERRED
EMBODIMENT

Reference is made to FIG. **1**, a front elevation view of the preferred embodiment. The preferred embodiment comprises a vertical wind tunnel **1000** having a number of component parts. Inlet contraction **100** is connected to the lower end of the flight chamber **110**. Diffuser **120** is immediately connected above the flight chamber **110**. Connected above the diffuser **120** is transition **130** from diffuser **120** to the fans **140**. Connected above fans **140** is the radial diffuser assembly **150**. In operation, inlet contraction **100** allows the airflow A to be directed into the flight chamber **110** in a controlled manner. Anti-vortex device **170** prevents the formation of undesirable vortices or "tornadoes" in the inlet to the flight chamber. The means of design of the inlet contraction and its effects on the inlet airflow is well known in the art. The shape of the inlet contraction allows a relatively smooth airflow to enter the flight chamber. This reduces the amount of turbulence in the flight chamber, thereby adding to the enjoyment of the flight experience. It also results in a relatively flat airflow velocity profile across the width of the flight chamber. This eliminates areas of the flight chamber having differing airflow velocities which might otherwise cause the user to "fall off" the supporting airflow column. The airflow velocity through the flight chamber is in the range of zero to 140 mph, depending upon the prevailing atmospheric conditions and the characteristics of the person(s) within the flight chamber. It is within the flight chamber and in the lower section of the diffuser **120** that a user is fully suspended within the airflow column A. The preferred diameter range of the flight chamber is between 10 and 13 feet, although any diameter may be used assuming the proper size and number of fans are used. The preferred embodiment comprises five fans **1001** arranged radially about a major axis of the invention. Any number of fans may be used with the same result. The fans have to be powered by the proper HP motors as well as the correct size and number. The airflow path exits the flight chamber **110** and enters the diffuser section **120**. Within the diffuser **120** the airflow velocity is slowed. This serves several purposes. The diffuser brings the airflow to the proper velocity to match the fan requirement. Further, the slowed airflow is no longer capable of supporting a user. Consequently, the invention has a "fail-safe" feature which prevents a user from approaching or being drawn into the fans. The slowed airflow also reduces the frictional losses in the flowpath, resulting in reduced fan size. Further, the diffuser serves as a means of aerodynamically connecting the fans to the flight chamber since the fans have a larger overall diameter than the flight chamber. Transition

**6**

section **130** divides the airflow path from a single path in diffuser **120** to five airflow paths, resulting in a dedicated airflow path to each fan inlet. Vortex generators, known in the art, may be used at the transition between the diffuser **120** and the transition section **130** to further control the airflow. The fans discharge into the radial diffuser assembly **150**. Radial diffuser assembly **150** comprises the exit turning vanes and delta shaped diffusers. It receives the airflow from the fans **140**. In order to meet design requirements which may affect the physical arrangement of the invention, the radial diffuser assembly **150** comprises a series of exit turning vanes **160** (not shown) which results in a lower height profile of the invention. The airflow from the fans **140** is first turned from a substantially vertical direction to a substantially horizontal direction by exit turning vanes **160**. The ductwork containing exit turning vanes **160** also diverges in the direction of the airflow, resulting in a reduction in the velocity of the airflow. This arrangement allows recovery of the static pressure in a manner which makes the system more efficient. It also reduces the noise level caused by the discharge airflow from the radial diffuser assembly. After the airflow exits the exit turning vanes **160** it is then routed through and discharged from the delta shaped diffusers (not shown). The delta shaped diffusers further diffuse and slow the velocity of the airflow to approximately 30 mph. This significantly reduces the noise level that would otherwise result from discharging the 125+ mph airflow present in the flight chamber directly to the atmosphere. The wind tunnel is supported by steel framework S which is designed according to techniques and standards known in the art. The steel framework S may also be integrally incorporated into the form of the wind tunnel itself so that it is not visually detectable by an observer in addition to the form of the wind tunnel.

FIG. **2** is a section elevation of FIG. **1** taken at line B-B. Flight chamber **110** has a constant cross-section along its length, so that the airflow velocity across the entire flight chamber is constant. Flight chamber **110** experiences the maximum airflow velocity in the airflow path and, therefore, the greatest aerodynamic stress. Immediately above the flight chamber **110** is the diffuser **120**. The sides of the diffuser diverge from the major axis of the invention at approximately 7 degrees. An angle of divergence range of 3 degrees to 7 degrees is acceptable. This results in a smooth transition for the airflow from the flight chamber to the fan inlets. Control of the airflow in this manner results in greater efficiency of the system allowing use of fans with otherwise reduced horsepower. This in turn reduces the overall cost of the invention. In the preferred embodiment, flight chamber **110** is approximately 17 feet tall, although any length flight chamber may be used. Longer flight chambers would require a correspondingly larger fan horsepower due to losses introduced by the additional length of the flight chamber and overall airflow path. A portion of flight chamber **110** comprises a perforated wall section **230**. Perforated wall section **230** is located above the staging area **240**. The perforated wall section **230** reduces the turbulence that the airflow might otherwise experience as it passes the openings to the staging area as described in FIG. **3**. Further, perforated wall section **230** allows a means of reducing buoyancy tendencies, which reduces the tendency of a flyer to otherwise go from the bottom to the top of the flight chamber immediately upon entering the flight chamber. It is known in the art that an obstruction placed in a compressible fluid flow will divert and/or accelerate the fluid as it passes the body. In the instant invention the displaced airflow may exit through the openings in the staging area and re-enter the airflow in the chamber above the user through the perforated wall section **230**. This ability to re-route a portion of the

US RE43,028 E

7

airflow increases the stability of the operation of the invention, which in turn enhances the experience of a user. Fans **270** and **280** are mounted above transition section **130**. Turning vanes **160** route the airflow into delta diffusers **291**. Although this FIG. **2** depicts two fans in cross-section, the preferred embodiment of the invention comprises five fans arranged radially about a major axis of the invention. This FIG. **2** also depicts the vertical wind tunnel without the steel framework identified in FIG. **1** for clarity. Flow straightener **206** connects into the inlet of inlet contraction **100**. Flow straightener **206** comprises a honeycomb of various cell heights and sizes that cause the incoming air A, which enters at random angles to the centerline of the invention, to be straightened and therefore more properly align with the centerline of the invention. [Tis] *This* results in the airflow becoming essentially parallel as it enters the flight chamber **110**.

FIG. **3** is a bottom plan view of FIG. **1** through line C-C. Since the vertical wind tunnel arrangement of the invention is symmetrical, flight chamber **110** is located parallel to a major axis of the preferred embodiment. The preferred embodiment of the flight chamber is shown with ten sides, although any number of sides, or round or elliptical sides will suffice. Two of the sides of the flight chamber **110** comprise opening **320** and opening **330** from the staging area by which a user enters and exits the flight chamber **110**. Connecting opening **320** and opening **330** is staging area **340**. A user enters the staging area **340** through door **350**. Another side of flight chamber **110** comprises a window **360** through which an observer may view a user within the flight chamber [310] *110*. Another side of the flight chamber **110** comprises a control room **371** having a window **370**.

In use, the user first enters a training area where he or she receives instruction in the proper method and technique for skydiving. Once the instruction is completed, the user "suits-up" in a skydiving jumpsuit. The user then proceeds to the observation area with an instructor where he or she is further instructed in the use of the vertical wind tunnel, particularly the flight chamber. The fans are then started at reduced speed or are slowed by the operator in the control room. Door **350** is opened and the user, instructor and any other users, enter the staging area **340**, up to six total but more may enter depending upon the size of the staging area. Once all users or students are in the staging area door **350** is closed, and the fans are brought up to the proper operating speed by the control room operator. An instructor then enters the flight chamber. A user/student then enters the flight chamber through opening **320** with the assistance of the instructor. The user [fly's] *flies* in the flight chamber **110** with or without the instructor until a given amount of time passes. He or she then exits from the flight chamber through opening **330** to the staging area **340**. This process may be repeated in order to meet the needs of the student or user. When the flight session is over, the control room operator throttles back the fans or shuts them off completely. The user then exits from the staging area **340** through door **350**.

During operation an operator is in the control room **371**. An operator controls the operation of the fans in concert with and in response to the instructions, signals or behavior of a user in the flight chamber **110**. Control of the operation of the fans controls the airflow velocity within the flight chamber. Airflow velocity control may be accomplished by varying the rotational speed of the fan motors or by varying the pitch of the fan blades. The remaining sides of the flight chamber **110** comprise a rear screen projector by which scenes from actual skydives may be projected to enhance the illusion of freefall. Reference is made to U.S. Pat. No. 5,655,909, entitled Skydiving Trainer Wind tunnel, which is herein incorporated by

8

reference. Projection equipment (not shown) is contained in projection room **380**. Observation room **390** allows non-participating observers to view a user within the flight chamber **110**. This is accomplished by viewing through windows **341** in the staging area and windows **311** in the sides of the flight chamber **110**. The windows are all large compared to the size of the flight chamber in order to allow a relatively unrestricted view of the flight chamber. The windows comprise Plexiglas®, Lexan® or other high strength transparent material capable of withstanding the differential pressure across the window caused by the operation of the fans. In operation door **350** is dynamically held closed by a force of approximately 40 to 50 lbs./sqft created by the airflow through the flight chamber **110**. It is essentially impossible for a user to open door **350** to the staging area **340** while the invention is in operation. This "fail-safe", feature prevents a user from inadvertently entering the staging area while the vertical wind tunnel amusement device is in operation. The arrangement of the openings **320** and **330** minimally affects the airflow within the flight chamber **110**. This allows a user to stand in the staging area without experiencing the unpleasant effects of the 120+ mph airflow within the flight chamber. When the user desires to fly within the flight chamber, he or she simply steps through the opening **320** or **330** into the airflow. He or she is immediately supported by the airflow. If adjustment is necessary to stabilize a user, an operator in control room **371** adjusts the operation of the fans (not shown) to increase or decrease the velocity of the airflow. It is the airflow velocity and resulting dynamic pressure on a user which results in a user being fully supported in the flight chamber. Once supported in the airflow, a user may perform all of the maneuvers which a skydiver could otherwise only perform during an actual freefall. The invention allows all of the sensations of skydiving to be experienced by a novice user without the obvious danger of actually jumping out of an aircraft thousands of feet in the air.

FIG. **4** is a perspective view of a fan outlet diffuser assembly **400** cut along line D-D in FIG. **2**. A fan outlet duct **410** is connected to each fan as described in FIG. **1**. Turning vanes **160** are located between exit duct **420** and outlet duct **410**. Airflow A is routed through duct **410** then through turning vanes **160** to then exit from duct **420**. Once the airflow A exits duct **420** it enters the delta diffuser **440**. The delta diffuser **440** further slows the airflow, thereby reducing the noise. Outlet duct **410** further comprises insulation **430**. Exit duct **420** further comprises insulation **450**. Insulation **430** and **450** reduce the amount of noise transmitted to the exterior of the invention during operation. The set of such ducts from all fans comprises the radial diffuser assembly as described in FIG. **1**, which is an aerodynamically efficient approach to solving a height limitation problem as compared to a much longer, taller conical diffuser. It also prevents rain from directly entering the flight chamber. The airflow in this invention is not returned or recirculated. It is drawn in a single pass through the flight chamber and discharged to atmosphere. This allows invention to be installed with none of the additional costs associated with a return-flow type wind tunnel. These include the return flow duct and supporting structure. The single pass also eliminates the heating of the air that takes place in all return tunnels, thereby increasing user comfort.

FIG. **5** is a front perspective view of the anti-vortex device. A plurality of curved surfaces **502** are arranged in a pyramid shaped form. Partitions **501** are located at each seam between the curved surfaces **502**. The curved surfaces **502** direct the airflow into the inlet contraction as shown in FIG. **2**. Partitions **501** prevent the formation of vortices in the inlet airflow.

9

FIG. **6** is a top plan view of the anti-vortex device. The arrangement of the curved surfaces **502** in relation to the partitions **501** is shown.

FIG. **7** is a side elevation view of the anti-vortex device as described in FIGS. **5** and **6**.

FIG. **8** is a control logic flowchart for the fan pitch. Motor control center **810** is electrically connected to each fan motor **820**. Power is provided to motor control center **810** by transformer **805**. Control console **830** is electrically connected to each fan motor **820** and motor control center **810**. Control console **830** is located in control room **371** as shown in FIG. **3**. Air velocity transmitter **840** sends an electronic signal to the control console **830**. The air velocity is displayed on a gage (not shown) on the control console **830**. Air velocity transmitter **840** may comprise a hot wire anemometer or pilot tube, each well known in the art. In the preferred embodiment, the fan motors are operated at a constant RPM with airspeed control through the flight chamber achieved by adjusting the pitch of the fan blades. Controller **860** receives a signal from the control console **830** to set the fan blades at a desired pitch. Pneumatic control **870** then adjusts the fan blade pitch with compressed air applied to a fan pitch adjustment device on each fan, know in the art. Pneumatic control **870** receives air from air compressor **850**.

FIG. **9** is a flowchart depicting the control scheme for the invention. In order to operate the invention, the power is first turned on to the system **900**. Next, the air pressure for the control system is checked **901** and if found to be too low, the air compressor is operated **902**. The fan pitch is checked for being set to zero **903**. If found not to be at zero, it is then set to zero **904**. The interlocks are then tested **905**. The interlocks include signals relating to fan vibration, control system failure, loss of compressed air, loss of system power, loss of fan power. If the interlocks are not proper, then they are checked **906**. If the interlocks are proper, then the emergency stop is activated **907**. If no system stop command is sent, then the first fan motor is started **909**. A time delay is then enabled to prevent simultaneous fan starts **910**. This minimizes high current conditions on the electrical system. Once the time delay is satisfied, the second motor is started **911**. Again, once the time delay is satisfied **912**, then the third fan is started **913**. Once the time delay is satisfied **914**, the fourth fan is started **915**. Once the time delay is satisfied **916**, the fifth fan is started **917**. Once the time delay is satisfied **918**, then the air speed is set **919**. This may be done automatically or by an operator. A feedback loop is then used to compare the air speed **920** to the fan blade pitch **921**. Once the match is properly achieved, the invention is in operation and ready for use. The operator then adjusts the fan pitch to accommodate the users in the flight chamber. The invention is shut down by simply by turning off each fan in series or simultaneously.

FIG. **10** is a side plan view of a floor mesh cable. Cable **1050** has threaded rod fitting **1010** at one end. At the other end is ball end fitting **1020**. Sleeves **1030** guide cable **1050** at each end where cable **1050** is installed through the structural members as shown in FIG. **11**.

FIG. **11** is a perspective view of the floor mesh suspension system. Cable **1050** is a length of galvanized cable having a diameter in the range of ⅛" to ³⁄₃₂". At one end of cable **1050** is ball end fitting **1020**. Ball end fitting **1020** is permanently attached to the end of cable **1050**. At the other end of cable **1050** is threaded rod fitting **1010**. The cables are installed in such a manner so that each end alternates with the other. The cables span the entire width of the flight chamber at its base, just above the ball bell. The cables are on approximately 2" centers and form a standard crossed pattern. Each end of the cable spans between structural members **1180** and **1190**.

10

Structural member **1180** contains sleeves **1030** which guide the cable as it stretched by a user. Cables **1050** are anchored into structural member **1190**. Spring **1140** is captured between structural member **1190** and retainer **1170** with nut **1175**. Spring **1140** is preloaded in an amount so the overall effect is to allow a user or users to comfortably stand on the floor mesh without significantly deflecting it. In use, floor mesh **1050** is trod upon or impacted by a user. The force of the user deflects the floor mesh in an amount related to the pre-load tension from spring **1140**. This allows the floor mesh to have "give", which allows a user to fall on the floor mesh with decreased chance of injury. The wide spacing of the floor mesh allows the airflow through the flight chamber with minimal frictional loses. The component construction of the floor mesh with individual cables allows the operator to replace individual cables as necessary without the need to replace the entire floor mesh once it begins to wear through use.

FIG. **12** is a perspective cross-section view of the flight chamber. A plan view of the flight chamber is shown in FIG. **3**. As more fully described in this specification and the accompanying figures, flight chamber **1200** comprises windows **1201** and windows **1205**. Windows **1201** may be used for viewing out of the flight chamber **1200** or used to allow a user to view scenes projected upon a screen in the projection room as described in FIG. **3**. A user enters the flight chamber **1200** through openings **1203** or **1204**. Staging area **1210** is adjacent to flight chamber **1200**. A user enters the staging area **1210** through door **1212**. Windows **1205** allow person(s) in the staging area to view the flight chamber **1200**. Staging area **1210** further comprises windows **1211** which allow person(s) to view the staging area **1210** as well as the flight chamber **1200**. Floor mesh **1202** supports a user during operation of the invention in the event the airflow in insufficient to fully support the user, such as during fan start-up or shut-down as described in FIGS. **8** and **9**. Control room **1220** is adjacent to flight chamber **1200**. Window **1222** allows a control operator to view the flight chamber **1200**. Control panel **1221** is also contained within control room **1220**.

FIG. **13** depicts a prior art vertical wind tunnel. Shown is the simulation chamber A, the control room B, flow straightener D and safety net E. Access to the simulation chamber is gained through access door C. Observation area F is adjacent to the simulation chamber A, without the benefit of walls. This prior art wind tunnel includes return air flow by way of duct G. A single fan H is also depicted. Simulation chamber A is shown on the discharge side of fan H.

FIG. **14** is a cross-sectional view of alternate embodiment. The overall arrangement of the vertical wind tunnel is as described in FIG. **2**. The invention is installed in a mall or other public building. The flight chamber **110** is situated on a main level **1401** where the public can view persons within. The upper portions of the wind tunnel extend above the roof **1400** of a building. The inlet contraction **100** extends below the floor of the main level **1401**.

FIG. **15** is a top perspective view of an alternate embodiment. Flight chamber **110** is shown between the floor of the main level **1501** and the ceiling of the main level **1503**. The diffuser assembly **120** extends above the roof **1504** of the building. A wall or partition **1502** separates the public area **1501** from the staging area **1507**.

FIG. **16** is a top plan view of an alternate embodiment at line C-C in FIG. **14**. The public area **1501** is shown with the control room **1220** and the staging area **1210** behind the wall **1502**. The public views the flight chamber through windows **1211**.

FIG. **17** is a top plan view of an alternate embodiment at line C-C in FIG. **14**. It is not necessary for staging area **1211**

US RE43,028 E

**11**

to "wrap around" the flight chamber **110**. The staging area **1211** may have a single access door **1701** to the flight chamber. The staging area **1211** extends radially away from the flight chamber. Control room **1220** is adjacent to the staging area. As shown the control room **1220** may be located in any area adjacent to the flight chamber or may be remote with video links to the flight chamber by which a control operator may view the activities in the flight chamber.

FIG. **18** is a cross-sectional view of a re-circulating airflow embodiment **1899**. Return air duct **1800** is connected at a top end to exit duct **[420]** *1840*, with delta diffusers **291** removed. The lower end of return air duct **1800** is connected to plenum **1810**. A plurality of return air ducts **1800**, **1801**, **1802**, **1803**, **1804** are used, each substantially identical to each of the others. Five are used in the preferred embodiment of this alternate embodiment. Plenum **1810** is connected to inlet contraction **100**. Airflow A is routed from fan exit duct **[420]** *1840*, through return air duct **1800** into inlet plenum **1810**. Airflow A then re-enters the vertical wind tunnel through inlet contraction **100**.

Each return air duct **1800** further comprises outlet damper **1820** and inlet damper **1830**. Outlet damper **1820** and inlet damper **1830** are used in concert to adjust the temperature of the airflow. It is known in the art that a rise in the temperature of the airflow will occur by the use of recirculated air in the wind tunnel. To avoid this problem, outlet dampers **1820** and inlet dampers **1830** are used to exchange a portion of the airflow at a higher temperature, with ambient air at a lower temperature. Each is adjustable in order to allow a user to 'fine-tune' the temperature of the airflow. Generally, each pair of dampers is adjusted and balanced with the other so that the air mass blown from the return air duct **1800** through outlet damper **1820** is replaced by the same mass of air entering through the inlet damper **1830**. This improves flyer comfort by lowering the overall temperature of the airflow. A temperature sensor, not shown, is used by an operator to detect the temperature of the airflow. The operator then adjusts the dampers in response to the outside temperature, which is detected by a temperature sensor, not shown. Flow straightener **206** is shown at the opening to inlet contraction **100**.

FIG. **19** is a top perspective view of a re-circulating airflow embodiment. Return air ducts **1800**, **1801**, **1802**, **1803**, and **1804** are shown arranged around an outer perimeter of the vertical wind tunnel. Return air ducts **1800** and **1820** each have outlet damper **1820** and **1822**, respectively. Each also has inlet damper **1830** and **1832**, respectively. The inlet damper and outlet damper positions can be set and adjusted by manual mechanisms or by an automatic controller sensing the temperature of the airflow.

Each return air duct **1800** has a cross-sectional area that gradually expands from the fans toward plenum **1810** with an angle γ from a centerline. This has the effect of gradually increasing the cross-sectional area of the return air duct. Angle γ, in the range of 1° to 5°, is chosen so that air turbulence and flow separation in the return air duct are minimized, thereby reducing total pressure loss, and thereby power requirements during operation.

FIG. **20** is a plan view of a flow straightener. Flow straightener **206** comprises adjacent cells having a geometric, symmetric or **[**asymetric**]** *asymmetric* shape.

FIG. **21** is a side elevation view of a flow straightener through line E-E of FIG. **20**. Air flows from A through the flow straightener to B. The flow straightener has height H.

Although the present invention has been described with reference to preferred embodiments, numerous modifications and variations can be made and still the result will come

**12**

within the scope of the invention. No limitation with respect to the specific embodiments disclosed herein is intended or should be inferred.

We claim:

**1**. A vertical wind tunnel amusement device comprising:
a chamber for containing an airflow;
a fan whereby an airflow is induced in said chamber;
said fan communicating with said chamber by a duct; **[**and**]**
a staging area forming an outer chamber adjacent to said chamber, *said staging area aerodynamically communicating with said chamber*;
an opening aerodynamically communicating with said chamber; and
an upper section comprising perforations above said opening and between said staging area and said chamber whereby said staging area is further aerodynamically communicates with said chamber.

**2**. The vertical wind tunnel amusement device as in claim **1**, wherein said duct has a diverging taper from said chamber to said fan thereby reducing an airflow velocity **[**to a level incapable of supporting a user**]**.

**3**. The vertical wind tunnel amusement device as in claim **2** further comprising an inlet contraction connected to said chamber at a bottom end opposite said fan.

**4**. The vertical wind tunnel amusement device as in claim **3** further comprising a plurality of fans mounted on top of the chamber for inducing an airflow upwards through the chamber.

**5**. The vertical wind tunnel amusement device as in claim **4** further comprising:
a return air duct having a first end connected to an outlet of said fan;
a plenum aerodynamically communicating with said inlet contraction; and
a second end of said return air duct connected to said plenum.

**6**. The vertical wind tunnel amusement device as in claim **5**, wherein said return air duct further comprises:
an inlet damper in said second end; and
an outlet damper in said first end.

**7**. The vertical wind tunnel amusement device as in claim **6**, wherein said return air duct further comprises:
a cross-sectional area which gradually increases from said first end to said second end.

**8**. The vertical wind tunnel amusement device as in claim **7** further comprising a plurality of return air ducts, each aerodynamically communicating with a fan and said plenum.

**9**. The vertical wind tunnel amusement device as in claim **7** further comprising:
a temperature sensor for detecting a temperature of an airflow in said chamber;
a temperature sensor for detecting a temperature external to said chamber; and
a display for presenting each of said temperatures to a user.

**10**. The vertical wind tunnel amusement device as in claim **9** further comprising a flow straightener cooperating with said inlet contraction.

**11**. The vertical wind tunnel amusement device as in claim **3** further comprising an anti-vortex device aerodynamically cooperating with said inlet contraction.

**12**. The vertical wind tunnel amusement device comprising:
a chamber for containing an airflow;
a fan whereby an airflow is induced in said **[**chamber**]** *area*;
said fan communicating with said chamber by a duct;
a staging area forming an outer chamber adjacent to said chamber, said staging area aerodynamically communicating with said chamber;

US RE43,028 E

**13**

wherein said chamber further comprises a floor mesh, said floor mesh comprising:

a plurality of *metal* cables, each having a fitting at one end and [an adjustable] *a second* fitting at the other end;

each of said *metal* cables strung between structural members in a mesh fashion with each [fitting in] *metal cable connected to* an opposing structural member;

a *metal* spring [about] *adjacent to* said [adjustable] *second* fitting on each cable, [said spring contained between a fastener and a structural member whereby each of said cables is preloaded]; and

said floor mesh located at a lower end of said chamber.

**13.** The vertical wind tunnel amusement device as in claim **12**, wherein said chamber further comprises windows.

**14.** The vertical wind tunnel amusement device as in claim **13**, wherein said staging area further comprises windows for viewing said chamber.

**15.** The vertical wind tunnel amusement device as in claim **14**, wherein said staging area further comprises windows whereby an observer may view said staging area and said chamber.

**16.** The vertical wind tunnel amusement device as in claim **15** further comprising a control room adjacent to said chamber.

**17.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct;

a staging area forming an outer chamber adjacent to said chamber, said staging area aerodynamically communicating with said chamber; and

a projection room adjacent to said chamber whereby scenes are projected on a chamber outside surface for viewing by a user and a diffuser connected to a discharge of said fan thereby reducing exit noise.

**18.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow, *said chamber having a width and said airflow being substantially constant across the width of the chamber*;

[a] *at least one* fan *mounted above the chamber* whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct; [and]

a staging area forming an outer chamber adjacent to said chamber, *said staging area aerodynamically communicating with said chamber*;

an opening aerodynamically communicating with said chamber; and

wherein said duct has a diverging taper from said chamber to said fan thereby reducing an airflow velocity [to a level incapable of supporting a user] *in that section*.

**19.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow, *said chamber having a width and said airflow being substantially constant across the width of the chamber*;

[a] *at least one* fan *mounted above the chamber* whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct; [and]

a staging area forming an outer chamber adjacent to said chamber;

an opening aerodynamically communicating with said chamber; and

an inlet contraction connected to said chamber at a bottom end opposite said fan.

**20.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct; and

**14**

a staging area forming an outer chamber adjacent to said chamber;

an opening aerodynamically communicating with said chamber; and

a plurality of fans mounted on top of the chamber for inducing an airflow upwards through the chamber.

**21.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct;

a staging area forming an outer [chamber] *area* adjacent to said chamber, said staging area aerodynamically communicating with said chamber;

said chamber further comprises a floor mesh, said floor mesh comprising:

a plurality of cables, each having a fitting at one end and an adjustable fitting at the other end;

each of said cables strung between structural members in a mesh fashion with each fitting in an opposing structural member;

a spring about said adjustable fitting on each cable, said spring contained between a fastener and a structural member whereby each of said cables is preloaded; and

said floor mesh located at a lower end of said chamber.

**22.** The vertical wind tunnel amusement device as in claim **21** further comprising a diffuser connected to a discharge of said fan thereby reducing exit noise.

**23.** The vertical wind tunnel amusement device as in claim **22** further comprising an anti-vortex device aerodynamically cooperating with said inlet contraction.

[**24.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct; and

a staging area forming an outer chamber adjacent to said chamber;

an opening aerodynamically communicating with said chamber; and

said chamber further comprises windows.]

[**25.** The vertical wind tunnel amusement device as in claim **24**, wherein said staging area further comprises windows for viewing said chamber.]

[**26.** The vertical wind tunnel amusement device as in claim **25**, wherein said staging area further comprises windows whereby an observer may view said staging area and said chamber.]

[**27.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct;

a staging area forming an outer chamber adjacent to said chamber, said staging area aerodynamically communicating with said chamber; and

a flow straightener cooperating with an inlet contraction.]

**28.** A vertical wind tunnel amusement device comprising:

a chamber for containing an airflow;

a fan whereby an airflow is induced in said chamber;

said fan communicating with said chamber by a duct;

a staging area forming an outer [chamber] *area* adjacent to said chamber, said staging area aerodynamically communicating with said chamber;

a return air duct having a first end connected to an outlet of said fan;

a plenum aerodynamically communicating with said chamber; and

a second end of said return air duct connected to said plenum.

US RE43,028 E

15

**29**. The vertical wind tunnel amusement device as in claim **28** wherein said staging area further comprises;

an opening aerodynamically communicating with said chamber.

**30**. The vertical wind tunnel amusement device as in claim **29** further comprising an inlet contraction connected to said chamber at a bottom end opposite said fan [and said plenum].

**31**. The vertical wind tunnel amusement device as in claim **30** further comprising a plurality of fans mounted on top of the chamber for inducing an airflow through the chamber.

**32**. The vertical wind tunnel amusement device as in claim **31** further comprising;

an upper section comprising perforations above said opening and between said staging area and said chamber whereby said staging area further aerodynamically communicates with said chamber.

**33**. The vertical wind tunnel amusement device as in claim **32** further comprising an anti-vortex device aerodynamically cooperating with said inlet contraction.

**34**. The vertical wind tunnel amusement device as in claim **33** further comprising a flow straightener cooperating with said inlet contraction.

**35**. The vertical wind tunnel amusement device as in claim **34**, wherein said return air duct further comprises:

an inlet damper in said second end;

an outlet damper in said first end; and

a cross-sectional area which gradually increases from said first end to said second end.

**36**. The vertical wind tunnel amusement device as in claim **35** further comprising a plurality of return air ducts, each aerodynamically communicating with a fan and said plenum.

*37. A vertical wind tunnel device comprising:*

*an inlet contraction;*

*a flight chamber above the inlet contraction;*

*said flight chamber having a constant cross section along its length;*

*a diffuser above the flight chamber;*

*said diffuser having a widening cross section upward along its length;*

*a transition duct above the diffuser;*

*a plurality of fan inlet ducts above the transition duct;*

*a fan mounted above each fan inlet duct; and*

*wherein a maximum air flow occurs in the flight chamber.*

*38. The apparatus of claim 37, a cross section of the flight chamber is equal to of less than a smallest cross section of the inlet contraction.*

*39. A vertical wind tunnel device comprising:*

*an inlet contraction at a base of the wind tunnel;*

*a flight chamber above the inlet contraction;*

*a plurality of fan inlet ducts above the flight chamber;*

*a fan mounted above each fan inlet duct;*

*a staging area adjacent the flight chamber;*

16

*said staging area in fluid communication with the flight chamber;*

*an observation area outside the staging area;*

*a door between the staging area and the observation area; and*

*said door having a fail safe design with a pressure from the staging area less than an ambient pressure, thereby preventing the door from opening outward when the wind tunnel is in operation.*

*40. A vertical wind tunnel device comprising:*

*a base having a plenum;*

*a flight chamber above the plenum;*

*a diffuser above the flight chamber;*

*a plurality of fans mounted above the diffuser;*

*said fans creating a vertical air flow in the flight chamber;*

*a return air inlet mechanism in a return air duct; and*

*wherein a temperature in the flight chamber can be lowered by opening the ambient air inlet mechanism.*

*41. The apparatus of claim 40, wherein the ambient air inlet mechanism further comprises an inlet and an outlet damper.*

*42. The apparatus of claim 41, wherein the inlet damper has an operator controller.*

*43. A vertical wind tunnel amusement device comprising:*

*a chamber for containing an airflow, said chamber having a width and said airflow being substantially constant across the width of the chamber;*

*a fan mounted above the chamber whereby an airflow is induced in said chamber;*

*said fan communicating with said chamber by a duct;*

*a staging area forming an outer area adjacent to said chamber, said staging area aerodynamically communicating with said chamber;*

*a return air duct having a first end connected to an outlet of said fan;*

*a plenum aerodynamically communicating with said chamber; and*

*a second end of said return air duct connected to said plenum.*

*44. A vertical wind tunnel amusement device comprising:*

*a chamber for containing an airflow;*

*a fan whereby an airflow is induced in said area;*

*said fan communicating with said chamber by a duct;*

*a staging area forming an outer chamber adjacent to said chamber, said staging area aerodynamically communicating with said chamber;*

*an opening aerodynamically communicating with said chamber; and*

*a wall section comprising perforations between said staging area and said chamber, said wall section located near said opening.*

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.            : RE43,028 E                                                    Page 1 of 1
APPLICATION NO.   : 10/189698
DATED                    : December 13, 2011
INVENTOR(S)          : William J. Kitchen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

Column 1, line 10, above the heading, "REFERENCE TO RELATED APPLICATIONS" insert: --Notice: More than one reissue application has been filed for the reissue of patent RE43,028. Reissue application is 09/324,282--.

Signed and Sealed this
Eleventh Day of March, 2014

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*