IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IFLY HOLDINGS LLC, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:14-cv-1080-JRG-RSP |
| INDOOR SKYDIVING GERMANY GMBH, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Indoor Skydiving Germany GmbH's Objection to the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 72, filed October 16, 2015.) The Magistrate Judge's Report recommended that Defendant's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and/or Transfer be denied as to Defendant's Rule 12(b)(2) Motion to Dismiss.

After reviewing the objected to portions of the Report and Recommendation *de novo*, the Court finds that the Report and Recommendation should be **ADOPTED**. (*See* Dkt. No. 72; Dkt. No. 84.) Accordingly, Defendant's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and/or Transfer (Dkt. No. 21) is hereby **DENIED-IN-PART** as to Defendant's Rule 12(b)(2) Motion to Dismiss.

So Ordered and Signed on this

**Nov 4, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE