NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

FILED: **11/17/15**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

_____

**In re:  INDOOR SKYDIVING GERMANY GMBH,**
*Petitioner*

_____

2015-155

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:14-cv-01080-JRG-RSP, Magistrate Judge Roy S. Payne.

_____

**ON PETITION**

_____

Before LOURIE, DYK, and HUGHES, *Circuit Judges*.

DYK, *Circuit Judge*.

# O R D E R

Indoor Skydiving Germany GmbH petitions this court for a writ of mandamus directing the United States District Court for the Eastern District of Texas to (1) promptly rule on its motion to dismiss or transfer, and (2) direct the district court to stay this case pending final disposition of the transfer issue, including any subsequent petition on the merits.

After the filing of the mandamus petition, the magistrate judge assigned to the case denied Indoor Skydiving's

motion to dismiss or transfer, which, as Indoor Skydiving acknowledges, effectively moots much of its petition.

We also decline to stay district court proceedings. After filing this petition, Indoor Skydiving asked the district court for a stay and it has also now sought the district court's review of the magistrate judge's ruling. We expect the district court will promptly rule on those requests. Thus, we deny the petition without prejudice to the filing of another petition should there be an unreasonable delay in the district court judge's review.

Accordingly,

IT IS ORDERED THAT:

The petition is denied without prejudice, as noted above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25